

**Southeast Toyota Finance**
P.O. Box 991817
Mobile, AL 36691-8817

www.setf.com

VT Inc. as Trustee of World Omni LT
Serviced by  Southeast Toyota Finance
(800)686-3494

February 01, 2013

SOFIA  VASQUEZ PEREA
12308 SW 18TH TER
MIAMI FL 33175

RE: Lease Termination Account: 014200902354723547

## LEASE TERMINATION INVOICE

Dear SOFIA  VASQUEZ PEREA:

Thank you for leasing your vehicle with our company.   As stated in your Lease Agreement, you are responsible for the following lease termination charges:

| | |
|---|---:|
| 1). Excessive mileage Charge<br>   0.18 per mile x  23,085  miles | $ 4,155.30 |
| 2). Excessive Wear and Use Charges | 110.00 |
| 3). Disposition Fee | 350.00 |
| 4). Tax (if applicable) | 333.90 |
| 5). Actual and/or Estimated Property Tax Due | 0.00 |
| 6). Remaining Payments | 504.66 |
| 7). Miscellaneous Charge Due | 0.00 |
| 8). Late Charges | 0.00 |
| 9). Less Security Deposit | 0.00  (-) |
| 10). Less Funds Received | 0.00  (-) |

**Net Termination Liability**                                                                                         5,453.86

Please remit the NET TERMINATION LIABILITY within thirty (30) days from the date of this notice.  Please include your account number on the remittance and mail in the envelope provided.

Sincerely,

**Notice to Residents of CT, DC, IA, NC, TX  and VT: THIS IS AN ATTEMPT TO COLLECT A DEBT, ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Southeast Toyota Finance

F&L LCT100 (09/05)                                                                                                                    014200902354723 LT