UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

Case Number: 12-32239-LMI

SOFIA PEREA
    Debtor

_____/

MOTION FOR TURNOVER (BAYVIEW)
AND CERTIFICATE OF SERVICE OF NOTICE OF HEARING

    Nancy K Neidich, Standing Chapter 13 Trustee ("Trustee") files this Motion for Turnover and states as follows:

    1) BankUnited, N.A. filed Claim #7 as an unsecured claim.

    2) On January 15, 2015, Bayview Loan Servicing filed a transfer of Claim #7 from BankUnited to Bayview Loan Servicing. (ECF #41)

    3) On January 21, 2015 Bayview Loan Servicing filed a notice of withdrawal of the transfer of claim. (ECF #43)

    4) The Trustee changed her records on Claim #7 to reflect that Bayview Loan Servicing was the party to be paid.

    5) As of March 31, 2016, the Trustee paid Bayview Loan Servicing $1234.40.

    6) These funds should have been disbursed to BankUnited

    WHEREFORE, The Trustee requests that Bayview Loan Servicing return $1234.40 to the Chapter 13 Trustee so that she may disburse the funds to BankUnited.

RESPECTFULLY SUBMITTED:

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

By: /s/_____
Amy Carrington, Esq.
FLORIDA BAR NO: 101877

CERTIFICATE OF SERVICE

   I hereby certify that a true and correct copy of the foregoing Motion for Turnover and the Notice of Hearing generated by ECF was served through NEF on John D Schlotter, Esq, attorney for Bayview Loan Servicing and Scott Weiss, Esq attorney for BankUnited, and by US First Class Mail to:

BAYVIEW LOAN SERVICING, LLC
DELAWARE LIMITED LIABILITY COMPANY
4425 Ponce De Leon Blvd, 5th Floor
Coral Gables, FL 33146

BankUnited, N.A.
7815 NW 148th Street
Miami Lakes, FL 33016

              NANCY K NEIDICH, ESQUIRE
              STANDING CHAPTER 13 TRUSTEE